UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANERYS PENA,<br><br>         Plaintiff,<br><br>   -against-<br><br>U.S. POSTAL SERVICE,<br><br>         Defendant. | 23-CV-10123 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 9, 2024
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                 Chief United States District Judge